AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM <br> *Plaintiff* <br> v. <br> BANK OF NOVA SCOTIA, NEW YORK AGENCY; BARCLAYS CAPITAL INC.; BMO CAPITAL MARKETS CORP.; BNP PARIBAS SECURITIES CORP.; CANTOR FITZGERALD & CO.; CIBC WORLD MARKETS CORP., et al. <br> *Defendant* | Civil Action No. 15-CV-8484 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Bank of Nova Scotia, New York Agency
    250 Vesey Street
    New York, New York 10080

    See Attachment A

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mitchell M.Z. Twersky
    Abraham, Fruchter & Twersky, LLP
    One Penn Plaza, Suite 2805
    New York, NY 10119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/2015

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*



**Attachment A**

Barclays Capital Inc.
745 Seventh Avenue
New York, New York 10019

BMO Capital Markets Corp.
3 Times Square, 28th Floor
New York, New York 10036

BNP Paribas Securities Corp.
787 Seventh Avenue
New York, New York 10019

Cantor Fitzgerald & Co.
499 Park Avenue
New York, New York 10022

CIBC World Markets Corp.
300 Madison Avenue
New York, New York 10017

Citigroup Global Markets Inc.
390-388 Greenwich Street
New York, New York 10013

Commerz Markets LLC
2 World Financial Center
New York, New York 10281

Countrywide Securities Corporation
4500 Park Granada
Calabasas, California 91302

Credit Suisse Securities (USA) LLC
11 Madison Avenue, 24th Floor
New York, New York 10010

Daiwa Capital Markets America Inc.
Financial Square
32 Old Slip
New York, New York 10005

Deutsche Bank Securities Inc.
60 Wall Street, 4th Floor
New York, New York 10005

Goldman, Sachs & Co.
200 West Street, 29th Floor
New York, New York 10282

HSBC Securities (USA) Inc.
HSBC Tower
452 Fifth Avenue
New York, New York 10018

Jefferies LLC
520 Madison Avenue, 10th Floor
New York, New York 10022

J.P. Morgan Securities LLC
277 Park Avenue
New York, New York 10172

Merrill Lynch, Pierce, Fenner & Smith Incorporated
One Bryant Park
New York, New York 10036

Mizuho Securities USA Inc.
320 Park Avenue, 12th Floor
New York, New York 10022

Morgan Stanley & Co. LLC
1585 Broadway
New York, New York 10036

Nomura Securities International Inc.
309 West 49th Street
Worldwide Plaza
New York, New York 10019

RBC Capital Markets, LLC
3 World Financial Center
200 Vesey Street, 8th Floor
New York, New York 10281

RBS Securities Inc.
600 Washington Boulevard
Stamford, Connecticut 06901

SG America Securities, LLC
1221 Avenue of the Americas, 6th Floor
New York, New York 10020

TD Securities (USA) LLC
31 West 52nd Street
New York, New York 10019

UBS Securities LLC
677 Washington Boulevard
Stamford, Connecticut 06901